JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSEPH F., | ) Case No: 5:25-cv-01574-DTB |
| Plaintiff, | ) [**PROPOSED**] |
| | ) **JUDGMENT** |
| vs. | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 4, 2025      _/s/ David T. Bristow_
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE